```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CARDIONET, INC., et al., | : | CIVIL ACTION |
| | : | NO. 13-191 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CIGNA HEALTH CORP., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **23rd** day of **May, 2013,** it is hereby **ORDERED** that Defendant's Motion To Compel Arbitration and To Dismiss the Complaint (ECF No. 7) is **GRANTED** for the reasons stated in the accompanying memorandum. Plaintiffs' claims are referred to arbitration in accordance with the terms of their Administrative Services Agreements with Defendant. It is **further ORDERED** that the case is **dismissed** and that the Clerk shall mark the case **closed.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**